# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 11, 2025**

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>SOCORRO JESUS LOPEZ-SPINDOLA<br><br>*Defendant(s)* | )<br>)<br>) Case No.  4:25-MJ-7039-ACE<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 19, 2024__ in the county of __Franklin__ in the __Eastern__ District of __Washington__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922 (g)(1), 924(a)(8) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Matthew Miller, Special Agent, FBI
*Printed name and title*

☑ Sworn to telephonically and signed electronically
☐ Sworn to before me and signed in my presence.

Date: 03/11/2025

*Judge's signature*

City and state:  Yakima, Washington

ALEXANDER C. EKSTROM, U.S. Magistrate Judge
*Printed name and title*

AUSA: BLP          COUNTY: FRANKLIN

*AUSA: BLP*

*County: Franklin*

*In Re: Affidavit in Support of Criminal Complaint for Socorro Jesus LOPEZ-SPINDOLA*

| | |
|---|---|
| STATE OF WASHINGTON | ) |
| | ) ss |
| Franklin County | ) |

### AFFIDAVIT

I, Matthew Miller, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent in the Federal Bureau of Investigations ("FBI") and am currently assigned to the Tri-Cities Resident Agency of the Seattle Field Office. I received investigative training from the FBI's Basic Field Training Course (BFTC) in Quantico, Virginia. I am a criminal investigator of the United States within the definition of 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 21 and Title 18 United States Code.

2. I have been employed with the FBI since April 2022 and have been responsible for investigating violations of federal law including International Terrorism, Domestic Terrorism, Transnational Organized Crime, White Collar Crime, Internet Crimes Against Children, and Indian Country Investigations. Prior

Affidavit of Special Agent Miller - 4:25-MJ-07039-ACE- 1

to joining the FBI, I was a Loan Officer. In my current capacity as an FBI Special Agent, I have been assigned duties which include, but are not limited to; debriefing defendants, witnesses, and informants, investigating violations of federal law, executing search/arrest warrants, collecting drug and non-drug evidence, supervision of cooperating individuals, and testifying before Grand Juries in federal court.

3. The statements contained in this Affidavit in Support of Application are based in part on my training, experience, participation in and knowledge of this investigation, as well as knowledge he learned from various other federal, state and local law enforcement agencies, special agents, task force officers, state and local law enforcement officers. Since this Affidavit is being submitted solely for the purpose of establishing probable cause to support a requested arrest warrant and criminal complaint, I have not included each and every fact known to me concerning this investigation. Rather, I have only set forth facts necessary to support the authorization of the requested arrest warrant and complaint.

## INVESTIGATION

4. As part of an ongoing investigation into a number of State criminal offenses, including Robbery in the 2nd Degree, Extortion in the 1st Degree, and Felony Harassment – Threats to Kill, Pasco Police detectives obtained a State Search Warrant for 116 W. Sylvester Street, Pasco, WA, which is located within

Affidavit of Special Agent Miller - 4:25-MJ-07039-ACE- 2

the Eastern District of Washington. This location was identified as the address for Classic Towing and Recovery.

5. Classic Towing and Recovery is owned and operated by Socorro Jesus LOPEZ-SPINDOLA (hereinafter, Defendant), who had been identified as the suspect in the State investigation.

6. On November 19, 2024, Defendant was contacted at his residence and was placed under arrest for the aforementioned State offenses. Around this same time, other investigators attempted to execute the Search Warrant at 116 W. Sylvester. The business appeared closed and the front door was locked. While knocking and announcing their presence, investigators were contacted by Jimmy Lopez, the son of Defendant, who reported that his father owned the business. Investigators inquired if Jimmy had a key for the location, to which Jimmy responded that only his father (the Defendant) had the key.

7. A key to the business was obtained following Defendant's arrest and provided to investigators at the business. During the search of Defendant's office, investigators located a loaded .22 caliber revolver in a desk drawer. In the same drawer, a prescription pill bottle with Defendant's name was located. The same desk contained multiple items of dominion for Defendant including a large folder containing court paperwork and a parenting plan with Defendant's name on it.

Affidavit of Special Agent Miller - 4:25-MJ-07039-ACE- 3

8. Prior to November 19, 2024, Defendant had been convicted of a number of crimes punishable by imprisonment for a term exceeding one year, including a prior 8 U.S.C. § 1326 – Unlawful Reentry after Deportation conviction.

9. The revolver was subsequently identified as a Heritage Arms, Rough Rider, .22 caliber revolver, SN 3PH139941. FBI Special Agent Michael Pratt, who has been trained on determining Interstate Nexus has rendered a preliminary opinion that this firearm was not manufactured in the State of Washington and therefore would have necessarily traveled in interstate commerce.

## CONCLUSION

16. Based upon the above facts, I believe probable cause exists to charge Socorro Jesus Lopez-Spindola with Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Matthew Miller, Special Agent
Federal Bureau of Investigations

Sworn to telephonically and signed electronically this 11th day of March, 2025.

_____
Alexander C. Ekstrom
United States Magistrate Judge

Affidavit of Special Agent Miller - 4:25-MJ-07039-ACE- 4